IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00238-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PENIEL OLIBRIS,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

Between on or about April 8, 2019 and July 5, 2019, in the State and District of Colorado and elsewhere, the defendant, PENIEL OLIBRIS, did knowingly export and send from the United States to Haiti any merchandise, article, or object, to wit: a semi-automatic firearm, contrary to any law and regulation of the United States, to wit: the Arms Export Control Act, Title 22, United States Code, Section 2778, and the International Traffic in Arms Regulations, Title 22, Code of Federal Regulations, Parts 120 through 130, and received, concealed, bought, or in any manner facilitated the transportation, concealment, or sale of such merchandise, article, or object, knowing the same to be intended for exportation contrary to such law and regulations of the United States.

All in violation of Title 18, United States Code, Section 554.

## COUNT 2

Between on or about October 19, 2019 and December 10, 2019, in the State and District of Colorado and elsewhere, the defendant, PENIEL OLIBRIS, did knowingly export and send from the United States to Haiti any merchandise, article, or object, to wit: a semi-automatic firearm, contrary to any law and regulation of the United States, to wit: the Arms Export Control Act, Title 22, United States Code, Section 2778, and the International Traffic in Arms Regulations, Title 22, Code of Federal Regulations, Parts 120 through 130, and received, concealed, bought, or in any manner facilitated the transportation, concealment, or sale of such merchandise, article, or object, knowing the same to be intended for exportation contrary to such law and regulations of the United States.

All in violation of Title 18, United States Code, Section 554.

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 22, United States Code, Section 401, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts 1 and 2 of this Indictment involving the commission of violation of Title 18, United States Code, Section 554, defendant PENIEL OLIBRIS shall forfeit to the United States, pursuant to Title 18, United States Code 981(a)(1)(C), Title 22, United States Code, Section 401, and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title, and interest in all

property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, as well as any arms, munitions, or other articles, intended to be, being, or have been exported or removed in violation of such offense, and any vessel, vehicle, or aircraft conveyances which has been or is being used in exporting or attempting to export such arms, munitions, or other articles.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

   a) cannot be located upon the exercise of due diligence;
   b) has been transferred or sold to, or deposited with, a third party;
   c) has been placed beyond the jurisdiction of the Court;
   d) has been substantially diminished in value; or
   e) has been commingled with other property which cannot be subdivided without difficulty;

//


//


//


//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

s/ *Laura Cramer-Babycz*
Laura Cramer-Babycz
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0406
E-mail:   laura.cramer-babycz@usdoj.gov