DEFENDANT: PENIEL OLIBRIS

AGE or YOB: 1989

COMPLAINT FILED? _____ Yes ___X__ No

If Yes, MAGISTRATE CASE NUMBER

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No
If No, a new warrant is required

OFFENSE(S): Counts 1 & 2: Smuggling Goods from the United States, 18 U.S.C. § 554

LOCATION OF OFFENSE: Denver County, Colorado

PENALTY: Counts 1 & 2: NMT 10 years' imprisonment, $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment

AGENT: HSI Special Agent Lee Schoenike

AUTHORIZED BY: Laura Cramer-Babycz
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
 X  five days or less; __ over five days

THE GOVERNMENT
 X  will NOT seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.