AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2022CR238 |
| PENIEL OLIBRIS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Penial Olibris    .

Date:  07/29/2022

Austin B. Nelson
*Attorney's signature*

Austin B Nelson, #51496
*Printed name and bar number*

7555 E. Hampden Ave., Suite 600
Denver, CO 80231

*Address*

austin.nelson@robinsonandhenry.com
*E-mail address*

(720) 637-7266
*Telephone number*

*FAX number*