PS 40A (Rev. 02/15) Notice Regarding Foreign Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
## for the
## District of Colorado

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Immigration and Customs Enforcement - DRO
Denver Field Office
12445 East Caley Avenue
Centennial, CO  80111

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

**Date:** 08/02/2022
**By** J. Torres, Deputy Clerk

**Defendant:** PENIEL OLIBRIS
**Date of Birth:** [redacted] 1989
**SSN:** NONE PROVIDED

**Case Number:** 22-cr-00238-RMR-1
**Place of Birth:** St-Marc Haiti
**Alien ("A") Number:** NONE PROVIDED

The above-named defendant surrendered Passport Number  RM5019206  (Issuing Country  Haiti ) to the custody of the U.S. District Court on  08/02/2022 .

### NOTICE OF DISPOSITION

The above case has been disposed of, and the above order of the court is no longer in effect.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court