AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| PENIEL OLIBRIS | ) Case No. 22-CR-00238-RMR |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **PENIEL OLIBRIS**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Two counts - Smuggling Goods from the United States, 18 U.S.C. § 554

Date: 07/20/2022

s/S. Phillips, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/20/2022, and the person was arrested on *(date)* 7/28/2022
at *(city and state)* Denver, CO.

Date: 7/28/2022

#230

*Arresting officer's signature*

ATF Special Agent Joseph Acosta
*Printed name and title*