IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 2022CR238

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.

Peniel Olbiris

      Defendant.

---

### NOTICE OF DISPOSITION

---

      Defendant Olibris, by and through undersigned counsel, Austin B. Nelson, hereby gives Notice that he has reached a Plea Agreement with the government, and requests that this matter be set for a Plea Hearing to the convenience of the parties and this Court.

s/ Austin Nelson
**Austin B. Nelson**
Robinson and Henry, P.C.
7555 East Hampden Avenue, Suite 600
Denver, CO 80231
Telephone: (720) 637-7266
E-mail: Austin.nelson@robinsonandhenry.com
Attorney for Defendant