IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00238-RMR-1 | Date: September 19, 2022 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,    Albert C. Buchman

   Plaintiff,

v.

1. PENIEL OLIBRIS,    Ian McDavid

   Defendant.

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**3:15 p.m.     Court in session.**

Court calls case. Appearances of counsel. Defendant present on bond.

Defendant sworn.

The Plea Agreement (Court Exhibit 1), and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the court.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Discussion regarding factual statements within the Plea Agreement. Edits made to factual basis in Plea Agreement, as stated on the record and reflected in Exhibit 1.

Defendant enters a plea of guilty to Count two of the indictment and admits to the forfeiture allegation.

Court states its findings of fact and conclusions of law.

**ORDERED:  Court Exhibits 1 and 2 are admitted.**

**ORDERED:** **The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.**

**ORDERED:** **Defendant's plea of guilty is accepted.**

**ORDERED:** **Count one of the indictment is dismissed with prejudice.**

**ORDERED:** **The Probation Department shall conduct a presentence investigation and file a presentence report.**

**ORDERED:** **Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date.  Responses or objections shall be filed no later than 7 days before the sentencing date.**

**ORDERED:** **Sentencing is set for January 12, 2023 at 3:00 p.m. in Courtroom A901 before Judge Regina M. Rodriguez.**

**ORDERED:** **Defendant's bond is continued.**

**3:57 p.m.** **Court in recess.**

Hearing concluded.
Total time in court:    00:42