IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.:  22-cr-00238-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PENIEL OLIBRIS,

    Defendant.

---

**MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO USSG § 3E1.1(b)**

---

The United States, through the undersigned Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).

\\

\\

\\

The defendant's agreement to plead guilty and timely notice permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

Dated:   December 27, 2022.

            Respectfully submitted,

            COLEGE FINEGAN
            United States Attorney

      By: *s/ Albert Buchman*
         Albert Buchman
         Assistant United States Attorney
         1801 California St., Suite 1600
         Denver, Colorado 80202
         Phone:   (303) 454-0203
         Fax:   (303) 454-0405
         E-mail: al.buchman@usdoj.gov
         Attorney for the United States

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                        *s/ Lauren Timm*
                                        Lauren Timm
                                        Legal Assistant
                                        United States Attorney's Office