IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00238-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PENIEL OLIBRIS,

    Defendant.

## MOTION TO DISMISS COUNT ONE

    The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, and in accordance with the plea agreement in this matter, hereby files the government's Motion to Dismiss Count One in the above-captioned matter. As grounds therefore, the government respectfully states to the Court as follows:

    1.  The defendant is scheduled for sentencing on January 12, 2023, having entered a plea of guilty to Count Two of the Indictment, ECF 1, pursuant to the written plea agreement, ECF 21. Therefore, the government moves to dismiss the remaining count of the Indictment, Count One.

    2.  The government respectfully requests that the Court grant the present motion following the imposition of sentence and entry of judgment of conviction as to the

defendant. This request is in accordance with the negotiated terms as contained within the plea agreement.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of Count One at the time of sentencing in the above-captioned matter.

Dated this 27th day of December, 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:  s/ *Albert Buchman*
Albert Buchman
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Fax: (303) 454-0409
Email: al.buchman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office