IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00238-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PENIEL OLIBRIS,

        Defendant.

## MOTION TO RESTRICT ATTACHMENTS

The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Albert Buchman, Assistant United States Attorney, respectfully moves to restrict the three attachments to CM/ECF Document 26-1, 26-2, 26-3, any order revealing the contents of those exhibits, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.

The United States requests a "Level 2" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 2" restriction would make those attachment, any order revealing the contents of those exhibits, and the brief filed in support of this motion accessible "to the filing party, the affected defendant(s), the government, and the court."

//

//

//

//

Dated this 28th day of December, 2022.

                                                          Respectfully submitted,

                                                          COLE FINEGAN
                                                          United States Attorney

                                        By:  *s/ Albert Buchman*
                                                          ALBERT BUCHMAN
                                                          Assistant U.S. Attorney
                                                          United States Attorney's Office
                                                          1801 California Street, Suite 1600
                                                          Denver, CO 80202
                                                          (303) 454-0100
                                                          Fax: (303) 454-0409
                                                          Email: al.buchman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2022, I electronically filed the foregoing

**UNITED STATES' MOTION TO RESTRICT DOCUMENT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

By: *s/Stephanie Graham*
Stephanie Graham
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403