**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00238-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PENIEL OLIBRIS,

      Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT CM/ECF NO. 30**
_____

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, respectfully moves to restrict CM/ECF No. 30, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by selected parties & Court" only.

Respectfully submitted this 28th day of December, 2022.

        COLE FINEGAN
        United States Attorney


By:  *s/Albert Buchman*
      Albert Buchman
      Assistant United States Attorney
      United States Attorney's Office
      1801 California St., Ste. 1600
      Denver, CO 80202
      Telephone: 303-454-0100
      Fax:   303-454-0406
      E-mail: albert.buchman@usdoj.gov
      Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of December, 2022, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT CM/ECF NO. 29** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of counsel of record in this.

      *s/Lauren Timm*
      Lauren Timm
      Assistant United States Attorney