IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-238-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      PENIEL OLIBRIS,

        Defendant.
_____

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
_____

      COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt Bohn, and hereby gives notice to the Court that it will not seek a criminal order of forfeiture for the (1) Glock 9mm pistol, s/n BHBG917; (2) Keltec 9mm pistol, s/n S1333, and (3) Smith and Wesson 9 mm pistol, s/n HUX9897, listed in the Plea Agreement (Doc #10) as they are in Haiti.

      DATED this 9th day of January 2023.

                                            Respectfully submitted,

                                            COLE FINEGAN
                                            United States Attorney

By: *s/Kurt Bohn*
Kurt Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
303-454-0100
Kurt.bohn@usdoj.gov
*Attorney for the United States*

2