IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00238-RMR-1 | Date: January 12, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Probation Officer: Ryan Kinsella | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Laura Cramer-Babycz |
| | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| PENIEL OLIBRIS, | Austin Burke Nelson |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING**

**3:04 p.m.**     **Court in session.**

Court calls case. Appearances of counsel. Defendant present on bond.

Defendant sworn.

Discussion and argument regarding pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

**ORDERED:** Government's Motion to Dismiss Count One [ECF 25] is **GRANTED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [ECF 24] is **GRANTED.**

**3:44 p.m.**     **Court in recess.**

**4:00 p.m.**     **Court in session.**

Court states its findings of fact and conclusions of law.

**ORDERED:** Defendant shall be imprisoned for 12 months and 1 day. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 1 year.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately. No fine is imposed.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:** Defendant is directed to surrender to the institution designated by the Bureau of Prisons by February 10, 2023.

Defendant advised of right to appeal.

**4:15 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:    00:55

2