IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 2022CR238

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.

Peniel Olbiris

      Defendant.

---

**FORTHWITH MOTION TO CONTINUE STAY OF EXECUTION**

---

      Defendant Olibris, by and through undersigned counsel, Austin B. Nelson, hereby requests that the Court extend the Stay of Execution set in the above captioned case. In support of his Motion, Mr. Olibris states as follows:

1. Mr. Olibris was sentenced to twelve months and one day of incarceration for violation of 18 U.S.C. § 554. He also received one year of supervised release.
2. The Court granted Mr. Olibris a Stay of Execution on his sentence until February 10, 2023.
3. On February 9, 2023, Mr. Olibris received notice that he is to report to a federal prison in Louisiana.
4. As this order was not finalized until February 9, 2023, Mr. Olibris is requesting an additional stay on his sentence to allow him time to travel to Louisiana.
5. Mr. Olibris is not able to report for his sentence with less than 24 hours' notice.
6. There is no objection to a continued stay of execution.

      WHEREFORE, Mr. Olibris respectfully requests the Court extend the Stay of Execution in the above captioned case.

s/ Austin Nelson
**Austin B. Nelson**
Robinson and Henry, P.C.
7555 East Hampden Avenue, Suite 600
Denver, CO 80231
Telephone: (720) 637-7266
E-mail: Austin.nelson@robinsonandhenry.com
Attorney for Defendant