IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 2022CR238

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

Peniel Olbiris

    Defendant.

---

**ORDER: FORTHWITH MOTION TO CONTINUE STAY OF EXECUTION**

---

    The Court, having reviewed Defendant's Forthwith Motion to Continue Stay of Execution and having found good cause, hereby GRANTS the same. Defendant's Stay of Execution shall be extended to _____ .

Date: _____

_____
Honorable Judge