IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:22-cr-00238-RMR-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Peniel Olibris,

   Defendant.

---

**VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**

---

The Judgment imposed on January 12, 2023, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the FCI Oakdale II. Accordingly,

IT IS ORDERED that Defendant, Peniel Olibris, shall surrender himself by reporting to the Warden at the FCI Oakdale II, 2105 E. Whatley Rd. Oakdale, LA 71463 on March 10, 2023, by 12:00 p.m.
Travel will be at his own expense.

DATED at Denver, Colorado, this 10 day of February, 2023.

BY THE COURT:

_____
Regina M. Rodriguez
United States District Judge